1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
      1420 E. Cooley Dr., Suite 100
3     Colton, California 92324
4     Telephone: (909) 796-4560
      Facsimile:  (909) 796-3402
5     E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

                UNITED STATES DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| CONNIE LINENBERGER, | ) | No.  EDCV 13-00575-DFM |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| CAROLYN W. COLVIN | ) |  |
| Acting Commissioner Of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

     Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

     IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND NINE HUNDRED SEVENTY SIX DOLLARS AND 78/100 ($1,976.78) subject to the terms of the stipulation.

DATE:  April 4, 2014     _____

                 HON. DOUGLAS F. McCORMICK
                 UNITED STATES MAGISTRATE JUDGE